IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| STONECRAFTERS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 07 C 5105<br>Judge Kapala |
| ALMO DISTRIBUTING NEW YORK, INC., ) ) ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS ACTION

IT IS STIPULATED AND AGREED between the parties to the above-entitled action, acting through their respective attorneys, that said action is dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

*STONECRAFTERS, INC.*

By:  s/Brian J. Wanca
Brian J. Wanca, One of its Attorneys
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500


*ALMO DISTRIBUTING NEW YORK, INC.,*

By:  s/Molly Arranz
Molly Arranz, One of its Attorneys
SMITH AMUNDSEN, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL  60601