# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5105 | **DATE** | 6/23/2009 |
| **CASE TITLE** | Stonecrafters vs. Almo | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation of parties, this case is dismissed with prejudice.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sb |
|---|---|---|